IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALAN COX                                                                                          PLAINTIFF

v.                                           Civil No. 15-2102

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                     DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion, the clerk is ordered to dismiss the Plaintiff's Complaint.

IT IS SO ORDERED on this the 29th day of March, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE